# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM RAZO,<br>        Plaintiff,<br>    v.<br>TIMEC COMPANY, INC., et al.,<br>        Defendants. | Case No.  15-cv-03414-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on October 22, 2015.  However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge