United States District Court
Northern District of California

1

2

3            UNITED STATES DISTRICT COURT

4           NORTHERN DISTRICT OF CALIFORNIA

5

6    SAM RAZO,                                   Case No.  15-cv-03414-MEJ

7              Plaintiff,                        **ORDER SETTING CASE
                                                 MANAGEMENT CONFERENCE**
8        v.

9    TIMEC COMPANY, INC., et al.,

10             Defendants.

11

12        **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and

13   Civil Local Rule 16-10, a Case Management Conference will be held in this case before the

14   Honorable Maria-Elena James on November 5, 2015 at 10:00 a.m. in Courtroom B, 15th Floor,

15   450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead

16   trial counsel for parties who are represented.  Parties who are proceeding without counsel must

17   appear personally.

18        **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case

19   Management Conference, the parties shall file a Joint Case Management Statement containing the

20   information in the Standing Order for All Judges in the Northern District of California, available

21   at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be

22   obtained at: http://cand.uscourts.gov/civilforms.

23        **IT IS SO ORDERED.**

24

25   Dated: September 24, 2015

26   _____

27   MARIA-ELENA JAMES
     United States Magistrate Judge

28