Lawrence A. Organ, Esq.  (SBN 175503)
Navruz Avloni, Esq. (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
407 San Anselmo Ave., Suite 201
San Anselmo, California 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiff,
SAM RAZO

Patrick C. Mullin (State Bar No. 72041)
Douglas G.A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: mullinp@jacksonlewis.com
Email: douglas.johnston@jacksonlewis.com

Attorneys for Defendants
TIMEC COMPANY, INC. and
TRANSFIELD SERVICES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM RAZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMEC COMPANY, INC.; TRANSFIELD SERVICES, LTD.; and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No. 3:15-cv-03414-MEJ<br><br>STIPULATION TO CONTINUE MEDIATION DEADLINE & [PROPOSED] ORDER |

The parties to the above-entitled action jointly submit this Stipulation To Continue Mediation Deadline & [Proposed] Order following a pre-mediation conference with mediator Eric A. Tate:

1

1. During the December 10, 2015 pre-mediation conference with Eric A. Tate, the parties agreed to conduct limited discovery for the purposes of bringing the case to mediation. The parties also discussed possible dates for mediation prior to the deadline of January 28, 2016.

2. Due to plaintiff's counsel's trial calendar in January 2016, and a medical absence scheduled for defense counsel from on or about January 22, 2016 to February 5, 2016, the parties cannot complete necessary limited discovery and mediation by January 28, 2015.

3. As a result, the parties jointly have agreed to complete limited discovery and mediation by March 18, 2016.

Dated this 19th day of January, 2016.

JACKSON LEWIS P.C.

By: /s/ Patrick C. Mullin
Patrick C. Mullin
Douglas G.A. Johnston
Attorneys for Defendants
TIMEC COMPANY, INC. and
TRANSFIELD SERVICES, LTD

Dated this 19th day of January, 2016.

CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Navruz Avloni*
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiff
SAM RAZO
*Counsel for Plaintiff, Navruz Avloni, authorized submission of her e-signature on this document in writing by e-mail dated 11/20/2015; 3:57 p.m.

1  The deadline for the Court-ordered mediation in this action is continued to
2  March 18, 2016.

4  IT IS SO ORDERED.
5  Dated: January 20, 2016

   _____
   HON. MARIA-ELENA JAMES
   UNITED STATES MAGISTRATE JUDGE

12  4817-9918-1612, v. 1