UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM RAZO,<br><br>        Plaintiff,<br><br>    v.<br><br>TIMEC COMPANY, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-03414-MEJ<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES** |

On October 30, 2015, the Court issued a Case Management Order setting the discovery deadline (April 12, 2016), deadline to file dispositive motions (May 12, 2016), and a jury trial commencing on October 31, 2016. Dkt. No. 20. The parties subsequently agreed to an informal stay of discovery pending their efforts to resolve this matter through mediation. The parties participated in mediation on February 29, 2016, but were unable to reach a settlement. Given the lack of time to complete discovery after the mediation, the Court has now approved two stipulations to extend the discovery deadline. Dkt. Nos. 27, 33. As the new discovery deadline extends past the dispositive motion deadline, the Court finds it would be beneficial to continue other pretrial and trial deadlines as well. Accordingly, the Court **CONTINUES** the following case management deadlines. All instructions in the October 30 Case Management Order remain in effect. Defendants' Motion to Extend the Dispositive Motion Deadline (Dkt. No. 34) is therefore moot.

| REVISED CASE MANAGEMENT DEADLINES | |
|---|---|
| Deadline to File Dispositive Motions | 8/4/2016 |
| Hearing on Dispositive Motions | 9/8/2016 at 10:00 a.m. |

| | |
|---|---|
| Exchange of Pretrial Disclosures | 11/8/2016 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Motions in Limine, and Trial Briefs and Related Documents | 11/23/2016 |
| Deadline to File Motions in Limine Oppositions | 12/1/2016 |
| Pretrial Conference | 12/15/2016 at 10:00 a.m. |
| Final Pretrial Conference | 1/12/2017 at 10:00 a.m. |
| Jury Trial | 1/23/2017 at 9:30 a.m. (Duration: 5 days) |

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge